United States District Court
Southern District of Texas
**ENTERED**
October 16, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MYRA B KLINE, § <br> § <br> Plaintiff, § <br> VS. § <br> § <br> VALUEBANK, TEXAS, § <br> § <br> Defendant. § | CIVIL NO. 2:17-CV-123 |

## ORDER

This Court now considers the Joint Motion to Dismiss (Dkt. No. 10) filed by Plaintiff Myra B. Kline and Defendant ValueBank, Texas in the above-captioned case. The parties state that "Plaintiff and Defendant have reached a compromise and settlement of all issues involved," and ask the Court to "dismiss this lawsuit, with prejudice" under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).[1] *Id.* Both parties have signed the joint motion. *Id.*

Rule 41 states that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii). "[A] voluntary order of dismissal requested by both parties is effective upon filing and does not require the approval of the court." *SmallBizPros, Inc. v. MacDonald*, 618 F.3d 458, 461 (5th Cir. 2010) (quoting *Ramming v. Natural Gas Pipeline Co. of Am.*, 390 F.3d 366, 369 n.1 (5th Cir. 2004)).

Accordingly, this Court **DISMISSES WITH PREJUDICE** all claims and **DIRECTS** the Clerk of Court to close the above-captioned case.

SIGNED this 16th day of October, 2017.

_____
Hilda Tagle
Senior United States District Judge

---

[1] The Joint Motion to Dismiss cites "Federal Rule of Civil Procedure 41(a)(1)(ii)," which the Court construes as referencing 41(a)(1)(A)(ii).